UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | Case No. 8:23-cv-00843-JWH-ADSx<br><br>**ORDER RE: GOVERNMENTS' REQUEST TO UNSEAL THE CASE**<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: GOVERNMENTS' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* AMERICAN INTEGRA LLC,

Plaintiffs,

v.

ARTEMIS DNA LLC; ARTEMIS DNA TX LLC; ARTEMIS FOUNDATION; ARTEMIS INC.; EMYLEE THAI; LILLIAN THAI; KHOI THAI; DIANNE KEEN-KIM, PH.D.; KHANH THIEN NGUYEN, M.D.; LILY TRAN; IDP MANAGEMENT; MARGARET KIVINSKI; ANN SABAHAT; LUISA FLOREZ, M.D.; CYNTHIA SIMS; MICHAEL RADIN, M.D.; RADIN CARDIOVASCULAR GROUP INC.; and DOES 1-10,

Defendants.

Case No. 8:23-cv-00843-JWH-ADSx

**ORDER RE: GOVERNMENTS' REQUEST TO UNSEAL THE CASE**

[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]

[FILED CONCURRENTLY UNDER SEAL: GOVERNMENTS' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE]

The United States of America ("United States") and the State of California ("California") having declined to intervene in the above-captioned action ("this action") under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act, Cal. Gov't Code § 12652(a)(3)(B), the Court hereby **ORDERS** as follows:

1.  The seal is lifted from this action in all respects, except as specified in Paragraph 3 below.  The complaint is unsealed, and the Relator, America Integra LLC, shall serve it upon Defendants.

2.  This Order and the United States's and California's Notice of Election to Decline Intervention and Request to Unseal the Case are both unsealed, and the Relator shall serve both, along with the complaint, upon Defendants.

3.  All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any Defendant or other party or person.

4.  The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

5.  The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3) and upon California as provided for in Cal. Gov't Code § 12652(f)(1).

6.  If the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and California with notice of the same, and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated: _____February 27, 2026_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE